| | |
|---|---|
| 1 | Tyler J. Woods (SBN 232464) |
| 2 | twoods@trialnewport.com<br>**NEWPORT TRIAL GROUP** |
| 3 | 4100 Newport Place, Suite 800 |
| 4 | Newport Beach, CA 92660<br>Tel: (949) 706-6464 |
| 5 | Fax: (949) 706-6469 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>*BRAND TECHNOLOGIES, INC.* |
| 8 | Dennis L. Wilson (SBN 155407) |
| 9 | dwilson@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND & STOCKTON LLP** |
| 10 | 9720 Wilshire Blvd, PH |
| 11 | Beverly Hills, CA 90212-2018<br>Tel: (310) 7773740 |
| 12 | Fax: (310) 388-6097 |
| 13 | |
| 14 | Attorneys for Defendants<br>*COX ENTERPRISES, INC. and* |
| 15 | *COX MEDIA GROUP, LLC* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 18 | BRAND TECHNOLOGIES, INC., | Case No.: 2:16-cv-05038-AB-JEM |
| 19 | Plaintiff, | **Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8- 3)** |
| 20 | v. | |
| 21 | COX ENTERPRISES, INC., | |
| 22 | COX MEDIA GROUP, LLC, | Complaint Served: July 19, 2016 |
| 23 | VERIZON COMMUNICATIONS, INC., | Current Resp. Date: August 9, 2016 |
| 24 | VERIZON DIGITAL MEDIA SERVICES, INC. f/k/a STREAMCAST NETWORKS, | New Resp. Date: September 8, 2016 |
| 25 | INC., AOL, INC., 5 MINUTES LLC, BRIGHTCOVE, INC., and | |
| 26 | DOES 1 through 10, inclusive, | |
| 27 | Defendants. | |
| 28 | | |

**STIPULATION TO EXTEND TIME TO RESPOND**

1  Plaintiff Brand Technologies, Inc. ("Plaintiff"), on the one hand, and
2  Defendants Cox Enterprises, Inc. and Cox Media Group, LLC (collectively the "Cox
3  Defendants"), on the other hand, through their respective counsel, hereby stipulate
4  and agree as follows:
5  WHEREAS, on July 8, 2016, Plaintiff filed the instant Complaint in this
6  Court;
7  WHEREAS, on July 19, 2016, Plaintiff served the Summons and Complaint
8  upon the Cox Defendants;
9  WHEREAS, Plaintiff and the Cox Defendants, via counsel, jointly request the
10 Court to grant a thirty (30) day extension for Defendants to serve their respective
11 responses to the Complaint.
12 **ACCORDINGLY, IT IS HEREBY STIPULATED, AGREED, AND**
13 **REQUESTED**, by and between the parties hereto, through their counsel of record,
14 that Defendants Cox Enterprises, Inc. and Cox Media Group, LLC be granted an
15 extension of time up to September 8, 2016 to respond to Plaintiff's Complaint.
16 Dated:  August 3, 2016            Respectfully submitted,

NEWPORT TRIAL GROUP

By:  /s/ Tyler J. Woods

Tyler J. Woods
Attorneys for Plaintiff
BRAND TECHNOLOGIES, INC.


KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Dennis L. Wilson

Dennis L. Wilson
Attorneys for Defendants
COX ENTERPRISES, INC. and
COX MEDIA GROUP, LLC

1
**STIPULATION TO EXTEND TIME TO RESPOND**

1   I, Tyler J. Woods, hereby certify that the content of this document is
2  acceptable to all persons required to sign this document and that I obtained the
3  authorizations necessary for the electronic signatures of all parties for this
4  document.

                                                 /s/ Tyler J. Woods
                                                Tyler J. Woods

2

**STIPULATION TO EXTEND TIME TO RESPOND**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2016, I electronically filed the foregoing **Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8- 3)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Tyler J. Woods*

Tyler J. Woods

**PROOF OF SERVICE**