**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAND TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., <br> COX MEDIA GROUP, LLC, <br> VERIZON COMMUNICATIONS, INC., <br> VERIZON DIGITAL MEDIA SERVICES, INC. f/k/a STREAMCAST NETWORKS, INC., AOL, INC., 5 MINUTES LLC, <br> BRIGHTCOVE, INC., and <br> DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-05038-AB-JEM <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Served:  July 15, 2016 <br> Current Resp. Date:  September 2, 2016 <br> New Resp. Date:  September 8, 2016 |

WHEREAS, on July 8, 2016, Plaintiff filed its Complaint in this Court;

WHEREAS, on July 15, 2016, Plaintiff served the Summons and Complaint upon VDMS;

WHEREAS, Plaintiff and VDMS stipulated pursuant to Local Rule 8-3, via counsel, stipulated to an extension of time to respond to the Complaint until September 2, 2016;

1   WHEREAS, Plaintiff and Defendants Verizon Communications, Inc., 5
2   Minutes, LLC, and AOL, Inc., via counsel, stipulated to an extension of time to
3   respond to the Complaint until September 8, 2016 under Local Rule 8-3;
4   WHEREAS, Plaintiff and VDMS jointly request to extend VDMS's time to
5   respond to Plaintiff's Complaint by three court days to September 8, 2016, in order
6   to align its response date with that of other Defendants;

8   Good cause appearing, the Court hereby GRANTS the stipulation to extend
9   the time to respond to the Complaint between Plaintiff Brand Technologies, Inc.
10  ("Plaintiff") and Defendant Verizon Digital Media Services, Inc., alleged to be f/k/a
11  Streamcast Networks, Inc. ("VDMS").

13  It is hereby ORDERED that the deadline for VDMS to respond to Plaintiff's
14  Complaint is extended to September 8, 2016.

17  Dated: August 10, 2016    _____
18                                        Hon. André Birotte Jr.

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT