1 DAVID P. ENZMINGER (SBN: 137065)
Denzminger@winston.com
2 WINSTON & STRAWN LLP
333 S. Grand Avenue
3 Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
4 FACSIMILE: (213) 615-1750

5 Attorneys for Defendants
AOL Inc., 5 Minutes LLC and
6 Verizon Digital Media Services, Inc.

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  BRAND TECHNOLOGIES, INC., | **Case No. CV 2:16-cv-05038-AB (JEMx)** |
| 12                Plaintiff, | |
| 13         v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VERIZON COMMUNICATIONS INC.** |
| 14  COX ENTERPRISES, INC., COX MEDIA GROUP, LLC, VERIZON COMMUNICATIONS, INC., VERIZON DIGITAL MEDIA SERVICES, INC., AOL, INC., 5 MINUTES LLC, BRIGHTCOVE, INC., AND DOES 1 through 10, inclusive, | **[P̶R̶O̶P̶O̶S̶E̶D̶]** |
| 18                Defendants. | |

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT VERIZON COMMUNICATIONS INC. - CASE NO. CV 2:16-CV-05038

1 | Whereas, Plaintiff Brand Technologies, Inc. ("Brand") and Defendants Verizon Communications Inc. ("VCI") and AOL Inc.[1] ("AOL") have stipulated to dismissal of VCI without prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS SO ORDERED.

Dated:  September  14, 2016     _____
                                 Hon. André Birotte Jr.
                                 United States District Judge

---

[1] Brand's Complaint misidentifies Verizon Communications Inc. as Verizon Communications, Inc. and AOL Inc. as AOL, Inc.