1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRAND TECHNOLOGIES, INC., | **Case No. CV 2:16-cv-05038-AB-JEM** |
|---|---|
| Plaintiff, | **[DISCOVERY MATTER]** |
| v. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| COX MEDIA GROUP, LLC, AOL INC., VERIZON DIGITAL MEDIA SERVICES, INC., 5 MINUTES LLC, and BRIGHTCOVE, INC., | |
| Defendants. | |

ORDER

1      Plaintiff Brand Technologies, Inc. and Defendants Cox Media Group, LLC, AOL Inc., 5 Minutes LLC, Verizon Digital Media Services, Inc., and Brightcove, Inc. have executed and concurrently filed a Stipulated Protective Order.

     For good cause shown, IT IS SO ORDERED that the parties' Stipulated Protective Order is GRANTED.

Dated: March 10, 2017

                                                    _John E. McDermott_
                                                    Hon. John E. McDermott
                                                    United States Magistrate Judge